Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018539
Cashier ID: waltonb
Transaction Date: 10/29/2020
Payer Name: Robin Alexander Ramirez

MISCELLANEOUS PAPERS
For: Robin Alexander Ramirez
Case/Party: D-CAN-5-20-MC-000190-001
Amount: $47.00

PAPER CHECK CONVERSION
Remitter: Robin Alexander Ramirez
Check/Money Order Num: 758
Amt Tendered: $47.00

Total Due: $47.00
Total Tendered: $47.00
Change Amt: $0.00

MC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.