| | |
|---|---|
| KEVIN P.B. JOHNSON (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>RAY ZADO (Bar No. 208501)<br>rayzado@quinnemanuel.com<br>JOSEPH E. REED (Bar No. 323524)<br>joereed@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California, 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Christian W. Liedtke (SBN 297523)<br>cw.liedtke@acuminis.biz<br><br>acuminis<br>3420 Bristol Street, 6th Floor<br>Costa Mesa, CA 92626<br>Phone: (949) 698-7840<br>Facsimile: (949) 698-7861<br><br>*Attorney for Yeti Data, Inc.* |

DAVID PERLSON (Bar No. 209502)
davidperlson@quinnemanuel.com
OGNJEN ZIVOJNOVIC (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Petitioners Snowflake Inc. and
Snowflake Computing GmbH*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE APPLICATION OF SNOWFLAKE INC. AND SNOWFLAKE COMPUTING GMBH FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | CASE NO.: 20-mc-80190-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1  WHEREAS Petitioners Snowflake, Inc. and Snowflake Computing GmbH (collectively "Snowflake") and Respondent Yeti Data Inc. ("Yeti") (collectively "the Parties") have entered into a Settlement Agreement and have agreed to dismiss this action and all pending litigation between them.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that, pursuant to a Settlement Agreement entered into by the Parties, the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs, disbursements, and attorneys' fees.

SO STIPULATED.

DATED: March 31, 2021                    Respectfully submitted,

/s/ Ognjen Zivojnovic

QUINN EMANUEL URQUHART & SULLIVAN, LLP
KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
RAY ZADO (Bar No. 208501)
rayzado@quinnemanuel.com
JOSEPH E. REED (Bar No. 323524)
joereed@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California, 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

DAVID PERLSON (Bar No. 209502)
davidperlson@quinnemanuel.com
OGNJEN ZIVOJNOVIC (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Petitioners Snowflake Inc.and Snowflake Computing GmbH*

| | | |
|---|---|---|
| 1 | DATED: March 31, 2021 | Respectfully submitted, |
| 2 | | */s/ Christian W. Liedtke* |
| 3 | | |
| 4 | | Christian W. Liedtke (SBN 297523)<br>cw.liedtke@acuminis.biz |
| 5 | | acuminis<br>3420 Bristol Street, 6th Floor |
| 6 | | Costa Mesa, CA 92626<br>Phone: (949) 698-7840 |
| 7 | | Facsimile: (949) 698-7861 |
| 8 | | *Attorney for Yeti Data, Inc.* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

                                                       _____
                                                       The Honorable Edward M. Chen
                                                       UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Executed on March 31, 2021.

/s/ *Ognjen Zivojnovic*